**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**MICHAEL LORUSSO,**

**Petitioner,**

**v.** **Case No. 1:26-cv-166-AW-MJF**

**BOB GUALTIERI,**

**Respondent.**

_______________________________/

## ORDER OF DISMISSAL

Having considered the report and recommendation and Petitioner's objections (ECF Nos. 7, 8), I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to pay the filing fee or move for leave to proceed *in forma pauperis*." The clerk will then close the file.

SO ORDERED on September 18, 2026.

s/ *Allen Winsor*
Chief United States District Judge